
FILED
8/26/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**


RECEIVED
AUG 18 2016 DC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

John Bartholomew
James Sr.
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Dr. Kitan
Nurse Evans R.T.4.
_____
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use."et al.")

16-cv-8193
Judge Virginia M. Kendall
Magistrate Judge Jeffrey Cole
PC5

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: John Bartholomew James Sr.

B. List all aliases: _____

C. Prisoner identification number: 201512032O2

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

   Title: Sherriff

   Place of Employment: Cook County Jail

B. Defendant: Dr. Khan

   Title: Doctor

   Place of Employment: Cook County Jail

C. Defendant: Nurse Evans

   Title: Nurse

   Place of Employment: R.T.U. Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I John B. James Sr. has been incarcerated in the Cook County Jail since Dec. 3 2015. And during this time I've been wearing a colostemy bag. I was assigned a top bunk. During the time I was on a top bunk, my condition has worsend to a (prolasped colostemy) due to jumping up and down from the top bunk. I complained constantly and nothing was done, until a second loop of intestines was visible protruding out. This new development has me in 24 hour pain 7 days a week. I asked to be moved to Cermak (Hospital) to keep down problems with other inmates. I was denied that request. Now I'm constantly being harassed about using the same showers as others. This has caused me to be emotionally distressed and insecure.

4

Instead of medical issued colostomy bags, I'm forced to wear (trash bags) wrapped around my belly to hold feces. I've exhausted all remedies trying to get help. However no-one has helped me. I constantly asked to get moved to Cermak Hospital, but no results. My hair is falling out and I'm getting absolutely zero sleep behind this emotional roller coaster. I was told after an X-ray that I have an obstruction of the intestines a month ago. Still nothing has been done about this new development. Also nurse Evans is constantly denying me my meds.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to Request the court award me $100,000 for emotional distress also $100,000 for pain and suffering.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20___

_John B. James Sr._
(Signature of plaintiff or plaintiffs)

John B. James Sr.
(Print name)

20151203202
(I.D. Number)

P.O. Box 089002
Chicago Ill 60608
(Address)

6

Revised 9/2007